CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

Plaintiff,

v.

LTA, LLC, a California Limited Liability Company; ARRIETTA, INCORPORATED, a California Corporation; and Does 1-10,

Defendants.

**Case:** 2:21-CV-00301-JAK-JEM

**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants LTA, LLC, a California Limited Liability Company and Arrietta, Incorporated, a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 1, 2021

CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorney for Plaintiff